

# IN THE
# TENTH COURT OF APPEALS

### No. 10-21-00165-CV

**KATHRYN A. MURPHY,**

**Appellant**

 **v.**

**JUAN I. TERRAZAS,**

**Appellee**

### From the 18th District Court
### Johnson County, Texas
### Trial Court No. DC-C202000239

## MEMORANDUM OPINION

Both Kathryn A. Murphy and Juan I. Terrazas filed notices of appeal to the trial court's judgment signed on March 10, 2021. Murphy's notice of appeal was filed first. Thus, the timeliness of Terrazas' appeal is dependent upon the timeliness of Murphy's appeal. *See* TEX. R. APP. P. 26.1(d).

By letter dated July 26, 2021, the Clerk of this Court notified the parties that this appeal was subject to dismissal because Murphy's notice of appeal was untimely. In the same letter, the Clerk warned the parties that the appeal would be dismissed unless,

within 14 days from the date of the letter, any party filed a response with the Court showing grounds for continuing the appeal. More than 14 days have passed, and no response has been filed.

Accordingly, this appeal is dismissed. *See* TEX. R. APP. P. 42.3(a), (c).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Jim R. Wright[1]
Appeal dismissed
Opinion delivered and filed August 18, 2021
[CVO6]



---

[1] The Honorable Jim R. Wright, Senior Chief Justice (Retired) of the Eleventh Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE §§ 74.003, 75.002, 75.003.